95826-2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Ft. Lauderdale Division

CASE NO. 20-cv-60871-RKA

ONYX ENTERPRISES INT'L, CORP., a New
Jersey corporation,

    Plaintiff,

v.

SLOAN INTERNATIONAL HOLDINGS CORP,
a Florida corporation, and JONATHAN SLOAN,
individually,

    Defendants.
_____/

## VERIFIED STATUS REPORT ON SERVICE OF PROCESS AND COMPLIANCE WITH FLA. STAT. § 48.161(1) EITH REQUEST TO DEEM DEFENDANT EFFECTIVELY SUBSTITUTE SERVED

Plaintiff, Onyx Enterprises Int'l, Corp., by and through its undersigned counsel, in accordance with Section 48.161 of the Florida Statues and this Court's Order to Show Cause [DE 13] verifies that substituted service of process was made on Defendants Jonathan Sloan and Sloan International Holdings Corp on July 18, 2020 and as grounds in support states as follows:

The Florida Secretary of State has the registered agent of Defendant Sloan International Holdings Corp's address as 21397 NW 39TH Avenue, Miami Gardens, FL 33055. The Secretary of State also identifies Defendant Jonathan Sloan as the registered agent and indicates his address is 21397 NW 39TH Avenue, Miami Gardens, FL 33055. Between May 2, 2020 and May 12, 2020 three attempts of personal service were made at 21397 NW 39TH Avenue, Miami Gardens, FL 33055. (Aff. Non-Serv., Jul.10, 2020 [Composite Exhibit "1"])

CASE NO. 20-cv-60871-RKA

After the ineffective service attempts at 21397 NW 39TH Avenue, Miami Gardens, FL 33055, service at a different address was attempted. This address is where both Defendants were served in the prior-related action in the District Court of Colorado, Case No. 1:19-cv-2992-DDD-KLM. (Returns of Service [Composite Exhibit "2"]) The Colorado Case was dismissed after Mr. Sloan sought it to be transferred or dismissed in favor of the Southern District of Florida:

> Comes Now before the court in the above style case as pro se, the Defendants JONATHAN SLOAN, request pursuant to Federal Rules of Civil Procedure 12(b)(2), 12(b)(3), and 12(b)(6), and 28 U.S.C. § 1404, respectfully files this Motion to Dismiss with prejudice Plaintiff's Complaint and/or Transfer Venue Under 28 U.S.C. § 1404(a) to the **United States District Court for the Southern District of Florida** is one of 94 <u>United States district courts</u>. The district operates out of courthouses in <u>Miami</u>, <u>Fort Lauderdale</u>, <u>West Palm Beach</u>, and <u>Fort Pierce, Florida</u>. Appeals from the court are directed to the <u>United States Court of Appeals for the Southern District the 11th Circuit</u>. As grounds therefore, Defendants states as follows:

*See* Mot. Dismiss [Ecf. No. 15] Case No. 1:19-cv-2992-DDD-KLM; Order [Ecf. No. 51] Case No. 1:19-cv-2992-DDD-KLM. In fact the alternate address, 21403 NW 39TH Avenue, Miami Gardens, FL 33055, is written on the return address on the envelope mailed to the District Court of Colorado and the signature block on papers filed by the Defendants in the District Court of Colorado:



***

CASE NO. 20-cv-60871-RKA

Respectfully submitted,

Jonathan Sloan
21403 NW 39TH Ave.,
Miami Gardens, FL 33055
(303) 213-2225
RimsID.com

Date: 12/13/19

(Defs. Mot. Dismiss [Ecf. No. 16-1], Case No. 1:19-cv-2992-DDD-KLM)

Between June 6, 2020 and June 22, 2020 six attempts at personal service were made at 21403 NW 39TH Avenue, Miami Gardens, FL 33055 (Aff. Non-Serv., Jul.10, 2020 [Composite Ex. 1]) During the June 13, 2020 and a July 20, 2020 attempt two vehicles were identified with license tags registered to Jonathan Sloan at that address. (R. Domenech Aff. [Exhibit "3"]) No person at 21403 NW 39TH Avenue, Miami Gardens, FL 33055 would open the gate, come out, or accept service.

Thereafter, in accordance with Section 48.161 of the Florida Statutes news summons were requested and executed for both defendants with the 21403 NW 39TH Avenue, Miami Gardens, FL 33055 address. [DE 12] After the new summons were executed, a copy of the complaint and summons were sent via certified mail to each Defendant in separate certified mail envelopes bearing tracking numbers, 9414814902274990055522 and 9414814902274990055560. (Cert Mail Rcpt [Composite Exhibit "4"]) The envelope with tracking number ending in 5522 included the summons to Jonathan Sloan, individually, which was mailed on July 8, 2020, delivery was attempted on July 14, 2020 and has been returned to the mail facility for pickup by June 29, 2020. (Tracking History [Exhibit "5"]) The envelope with tracking number ending in 5560 included the summons to Jonathan Sloan, as registered agent for Sloan International Holdings Corp, which was also mailed on July 8, 2020 and was

CASE NO. 20-cv-60871-RKA

successfully delivered to an individual that signed for Mr. Sloan at 21403 NW 39TH Avenue, Miami Gardens, FL 33055 on July 18, 2020.



(Proof of Delivery [Exhibit "6"]) After that a final person service attempt was made on July 20, 2020 at during that attempt at 21403 NW 39TH Avenue, Miami Gardens, FL 33055  female inside home refused to open the door and closed the blinds (Aff. Non-Service, Exhibit "7"). During the July 20th photos were taken of the house number and the license plates, which have been identified as being registered to Mr. Sloan at 21403 NW 39TH Avenue, Miami Gardens, FL 33055. (R. Domenech Aff. [Ex. 3])

Based upon the foregoing, it is clear that both Defendants were concealing their whereabouts and that Section 48.161 of the Florida Statutes was complied.

[S]ubstituted service of process on a Florida resident who is concealing his whereabouts, creates an exception to the general rule that the defendant must be personally served. The statute contains three requirements: (1) the plaintiff must send notice of service and a copy of the process by registered or certified mail to the defendant; (2) the plaintiff must file the defendant's return receipt; and (3) the plaintiff must file an affidavit of compliance.

CASE NO. 20-cv-60871-RKA

*Smith v. Leaman*, 826 So. 2d 1077, 1078 (Fla. 2d DCA 2002). Additionally, under a judicial exception, if and when Jonathan Sloan, individually, fails to pick up the certified mail, this Court may dispense with the requirement to file the return receipt. *Wise v. Warner*, 932 So. 2d 591, 593 (Fla. 5th DCA 2006).

Here, the due process concerns about lack of notice are eliminated because the address where the summons and complaint were delivered on Mr. Sloan as registered agent of Sloan International Holdings Corp is the same address he indicated was his address in the prior-filed and related Colorado District Court action. Therefore, the Defendants should be deemed served via certified U.S. Mail as of July 18, 2020 with their response to the complaint due on Monday, August 10, 2020.

VERIFICATION UNDER PENALTY OF PERJURY

I declare under penalty of perjury that the foregoing is true and correct.

Executed on July 23, 2020. (Signature)

_____
Brandon J. Hechtman, Esquire (88652)

Respectfully submitted,

_____
Brandon J. Hechtman, Esquire (88652)
BHechtman@wickersmith.com
WICKER SMITH O'HARA
  McCOY & FORD, P.A.
2800 Ponce de Leon Boulevard
Suite 800
Coral Gables, FL  33134

CASE NO. 20-cv-60871-RKA

Telephone:      (305) 448-3939
Facsimile:      (305) 441-1745
Attorneys for Plaintiff

*Pro Hac Vice*

*/s/ Aaron Bradford*
Bradford, Esq.
Prevot, Esq.
BRADFORD, LTD
2701 Lawrence St.
Denver, CO 80205
Phone: (303) 325-5467
Fax: (844) 406-5294
Aaron@apb-law.com
Nina@apb-law.com
*Counsel for Plaintiff Onyx Enterprises Int'l, Corp*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was filed with the Clerk of Court using the CM/ECF system on July 23, 2020, and the foregoing document is being served this day on all counsel or parties of record on the Service List below, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive Notices of Electronic Filing.

Brandon J. Hechtman, Esquire

## SERVICE LIST

Sloan International Holdings Corp
21403 NW 39TH Avenue
Miami Gardens, FL 33055

Jonathan Sloan
21403 NW 39TH Avenue
Miami Gardens, FL 33055