95826-2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Ft. Lauderdale Division

CASE NO. 20-cv-60871-RKA

ONYX ENTERPRISES INT'L, CORP., a New
Jersey corporation,

   Plaintiff,

v.

SLOAN INTERNATIONAL HOLDINGS CORP,
a Florida corporation, and JONATHAN SLOAN,
individually,

   Defendants.

_____/

**NOTICE OF SETTLEMENT**

      Plaintiff ONYX ENTERPRISES INT'L, CORP., and Defendant, JONATHAN SLOAN[1],

hereby notify the Court as follows:

  1. Plaintiff and Defendant, Jonathan Sloan, conducted an informal settlement conference for more than 30 minutes on October 2, 2020,

  2. A preliminary settlement was reached on all issues.

Dated:  10/2/2020

                              Respectfully submitted,

                              _____
                              Brandon J. Hechtman, Esquire (88652)
                              BHechtman@wickersmith.com
                              WICKER SMITH O'HARA

---

[1] Mr. Sloan has authorized Defendant's counsel to e-file this notice.

CASE NO. 20-cv-60871-RKA

McCOY & FORD, P.A.
2800 Ponce de Leon Boulevard
Suite 800
Coral Gables, FL  33134
Telephone:     (305) 448-3939
Facsimile:      (305) 441-1745
Attorneys for Plaintiff

**CERTIFICATE OF SERVICE**

     I HEREBY CERTIFY that a true and correct copy of the foregoing was filed with the Clerk of Court using the CM/ECF system on October 2, 2020 and the foregoing document is being served this day on all counsel or parties of record on the Service List below, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive Notices of Electronic Filing.

_____
Brandon J. Hechtman, Esquire

**SERVICE LIST**

JONATHAN SLOAN
info@rimsid.com